# EXHIBIT 57

**From:** Nicolaides, Stratton
**Sent:** Thursday, July 12, 2007 11:54 AM
**To:** 'Paul DiBella'
**Subject:** RE:

*Paul: Thank you for your time and support. It was truly a pleasure meeting with you and Frank and I look forward to following up with you shortly.*
*Best regards,*
*Stratton*

Stratton J. Nicolaides
Chairman and CEO, Numerex
1600 Parkwood Circle 5th Floor
Atlanta, GA 30339
(770) 485-2521 (w) | (770) 693-5951 (f)
www.nmrx.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

**From:** Paul DiBella [mailto:pd@cordovaventures.com]
**Sent:** Wednesday, July 11, 2007 5:20 PM
**To:** Nicolaides, Stratton
**Subject:**

Hi Stratton. I thoroughly enjoyed meeting you and Tom today. Let me know if I can be of further assistance.

Best regards,