# EXHIBIT 59


# JONES WALKER

Mark A. Cunningham
Direct Dial (504) 582-8536
Direct Fax (504) 589-8536
mcunningham@joneswalker.com

April 23, 2007

**VIA CERTIFIED MAIL—RETURN**
**RECEIPT REQUESTED AND**
**OVERNIGHT MAIL**

Mr. David Ronsen
Orbit One Communications, Inc.
105 Commercial Drive
Bozeman, Montana 59715

Re: Axonn, L.L.C. v. Orbit One Communications, Inc. and Gary Naden,
Our File No. 07860204

Dear Mr. Ronsen:

We have been asked by our client, Axonn, L.L.C., to inform you that it presently has no intention of pursuing the claims outlined in my June 29, 2006 letter to Orbit One Communications, Inc. Axonn makes this statement without prejudice and reserves all rights.

Sincerely,

Mark A. Cunningham

cc: Axonn, L.L.C.

{N1647264.1}

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.
201 ST. CHARLES AVENUE   NEW ORLEANS, LOUISIANA 70170-5100   504-582-8000   Fax 504-582-8583   E-MAIL info@joneswalker.com   www.joneswalker.com
BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   WASHINGTON, D.C.

CONFIDENTIAL

ORBIT00456430